# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MAJOR SEAN BARNETT,

       Plaintiff,       :     Case No. 3:25-cv-228

  - vs -                         District Judge Thomas M. Rose
                                 Magistrate Judge Michael R. Merz

UNITED STATES AIR FORCE, et al.,

                               :

       Defendants.

## DECISION AND ORDER REGARDING SERVICE OF PROCESS

       This action, brought *pro se* by Plaintiff Sean Barnett, is before the Court on Plaintiff's Motion Requesting Leave for Court Assistance with Service of Process Pursuant To Fed. R. Civ. P. 4(c)(3)(ECF No. 4). The Motion is classified as non-dispositive under Fed.R.Civ.P. 72 and is thus within the decisional authority of an assigned United States Magistrate Judge. The Magistrate Judge reference in the case has recently been transferred to the undersigned to help balance the Magistrate Judge workload in this District (ECF No. 7).

       Plaintiff seeks assistance from the United States Marshal in making service of process. While the Marshal is authorized to perform that service and as recently as fifty years ago serving process was a principal duty of the Marshal, times have changed. Priorities for the Marshal have shifted to criminal justice duties, including collaboration with state and local law enforcement. Providing security for federal judges has unfortunately required more attention in recent years as well.

However, the local rules of this Court[1] provide an alternative which does not require diversion of Marshal attention from other duties. Under Fed.R.Civ.P. 4(i), the United States and its agencies may be served by certified mail. In order to ensure the regularity of certified mail service, the Plaintiff shall proceed as outlined in S. D. Ohio Civ. R. 4.2[2] as if service were being made by certified mail under Ohio R. Civ. P. 4. If Plaintiff prepares and presents the appropriate paperwork, the Clerk shall proceed to make service as provided in S. D. Ohio Civ. R. 4.2.

July 11, 2025.

s/ *Michael R. Merz*
United States Magistrate Judge

---

[1] If he has not already done so, Plaintiff should acquaint himself with these rules which are available on the Internet at www.Ohsd.uscourts.gov.

[2] S. D. Ohio Civ. R. 4.2 on its face applies to service of process by certified mail under the Ohio Rules of Civil Procedure. The Court is adopting that procedure for use in this case to provide the *pro se* Plaintiff here with assistance in making service without burdening the Marshal.