# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MAJOR SEAN BARNETT,

          Plaintiff,    :    Case No. 3:25-cv-228

                              District Judge Thomas M. Rose
- vs -                         Magistrate Judge Michael R. Merz

UNITED STATES AIR FORCE, et al.,

          Defendants.    :

## DECISION AND ORDER GRANTING RENEWED MOTION FOR EXPEDITED CONSIDERATION

      This case is before the Court on notification from the undersigned's Courtroom Deputy that all parties have responded to the Notice of Availability (ECF No. 14) and there is not unanimous consent to Magistrate Judge exercise of plenary jurisdiction in this case under 28 U.S.C. § 636(c).  Accordingly, the Magistrate Judge will proceed under 28 U.S.C. § 636(b).  The parties are advised to consult that statute to understand which matters the Magistrate Judge may decide in the first instance and on which matters he must make a recommendation to District Judge Rose.

      The case is pending on Plaintiff's Renewed Motion for Expedited Consideration (ECF No. 12).  Because an attorney has now entered an appearance on behalf of all named Defendants, it is possible to proceed with the conference contemplated by S. D. Ohio Civ. R. 65.1.  Therefore, to

the extent set forth in this Decision, the Renewed Motion is GRANTED.  Courtroom Deputy Kelly Kopf will consult with Plaintiff and counsel for Defendants about a convenient time to hold such conference by telephone.

August 11, 2025.

s/ *Michael R. Merz*<br>United States Magistrate Judge