# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MAJOR SEAN BARNETT,

              Plaintiff,    :    Case No. 3:25-cv-228

                                                  District Judge Thomas M. Rose

   -  vs  -                         Magistrate Judge Michael R. Merz

UNITED STATES AIR FORCE, et al.,

              Defendants.    :

## AGREED ORDER TO PROVIDE NOTICE; REPORT AND RECOMMENDATIONS

      This case came on for a telephone conference under S. D. Ohio Civ. R. 65.1 at 10:30 A.M. on Wednesday, August 20, 2025.  Participating were the undersigned, Plaintiff Sean Barnett, and Defendants' counsel Assistant United States Attorney Linda Mindrutiu.

      The discussion disclosed that neither the Air Force nor the Defense Health Agency has issued as yet a final agency action setting a date for Plaintiff's separation from the Air Force (or indeed deciding whether to do so or not) or affecting Plaintiff's privileges to practice medicine. Defendants are ORDERED to notify Plaintiff and the Court, through Defendants' counsel, when any such action is taken, which will allow the Court to decide whether temporary injunctive relief is needed.

Defendants requested leave to brief the issue of whether either of these expected actions would be judicially reviewable. Defendants motion and supporting memorandum on that issue shall be filed not later than September 20, 2025.

Based on the Defendants' agreement to provide this notice, neither a temporary restraining order nor a preliminary injunction is warranted at this time and it is respectfully recommended that the motion for temporary injunctive relief (ECF No. 3) be DENIED without prejudice to its renewal if appropriate after agency action.

August 20, 2025.

s/ *Michael R. Merz*<br>
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.