# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MAJOR SEAN BARNETT, | : | Case No. 3:25-cv-00228 |
| Plaintiff, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| UNITED STATES AIR FORCE, et al., | | |
| | : | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 22), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (ECF No. 3) is hereby **DENIED** without prejudice to its renewal if appropriate after agency action.  For the sake of clarity, the Court further acknowledges that Plaintiff has filed a Renewed Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 23), which shall become ripe for review and decision upon further briefing, as set forth in Magistrate Judge Merz's most recent Scheduling Order (ECF No. 25).

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, September 4, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE