**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MAJOR SEAN BARNETT, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-228 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| DEFENSE HEALTH AGENCY, | : | |
| | : | Magistrate Judge Michael R. Merz |
| Defendant. | : | |

**ENTRY AND ORDER DENYING PLAINTIFF'S RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. NO. 75) WITHOUT PREJUDICE**

Currently before the Court is Plaintiff's Rule 56 Motion for Partial Summary Judgment ("Motion") (Doc. No. 75), wherein Plaintiff Major Sean Barnett ("Barnett") seeks partial summary judgment against Defendant the Defense Health Agency ("DHA"). The Court orally denied Barnett's Motion during a telephone conference, conducted on the record and in the presence of the Parties or their counsel, on February 4, 2026, at 10:30 AM. This Order provides the Court's rationale for said ruling.

The Federal Rules of Civil Procedure provide that "a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." Fed. R. Civ. P. 56(b). However, reviewing courts observe "[t]he general rule that summary judgment is improper if the non-movant is not afforded a sufficient opportunity for discovery." *Vance By & Through Hammons v. United States*, 90 F.3d 1145, 1148 (6th Cir. 1996) (citing *White's Landing Fisheries, Inc. v. Buchholzer*, 29 F.3d 229, 231-32 (6th Cir. 1994)). While Barnett's APA claim against DHA may not require discovery in the traditional sense, neither party to this litigation has yet had any opportunity for factfinding, much less a sufficient one. Along these lines, the Court finds Barnett's

1

Motion to be premature.  Therefore, the Court hereby **DENIES** Plaintiff's Rule 56 Motion for Partial Summary Judgment (Doc. No. 75) **WITHOUT PREJUDICE**.

      **DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, February 4, 2026.

                                               s/Thomas M. Rose

                                               THOMAS M. ROSE
                                   UNITED STATES DISTRICT JUDGE